```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 12896
   JOSEPH CHARLES MALINSKI
   ZENONA BARBARA MALINSKI                   CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7407     SSN XXX-XX-3403

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/20/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 08/20/2008.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID          PAID
-------------------------------------------------------------------------------
WACHOVIA BANK            CURRENT MORTG          .00         .00           .00
WACHOVIA BANK            MORTGAGE ARRE      18000.00        .00           .00
SPS                      NOTICE ONLY       NOT FILED        .00           .00
SPECIALIZED LOAN SERVICI NOTICE ONLY       NOT FILED        .00           .00
COMFORT EXPRESS          UNSECURED         NOT FILED        .00           .00
CAPITAL ONE              UNSECURED            964.73        .00           .00
CARE CREDIT              UNSECURED           1563.33        .00           .00
CHASE BANK USA NA        UNSECURED            979.31        .00           .00
FIRST EXPRESS            UNSECURED            350.56        .00           .00
HOME DEPOT               UNSECURED         NOT FILED        .00           .00
MENARDS                  UNSECURED         NOT FILED        .00           .00
PEARLE VISION            UNSECURED         NOT FILED        .00           .00
LVNV FUNDING LLC         UNSECURED           2857.76        .00           .00
TARGET NATIONAL BANK     UNSECURED            438.44        .00           .00
TARGET NATIONAL BANK     UNSECURED            550.44        .00           .00
UNION PLUS/NALC          UNSECURED         NOT FILED        .00           .00
LVNV FUNDING LLC         UNSECURED            513.39        .00           .00
WALMART                  UNSECURED         NOT FILED        .00           .00
WACHOVIA BANK            NOTICE ONLY       NOT FILED        .00           .00
AMERICAN GENERAL FINANCE SECURED NOT I       310.00         .00           .00
CHASE BANK USA NA        UNSECURED              .00         .00           .00
PETER FRANCIS GERACI     DEBTOR ATTY           .00                        .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                      2,430.00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                2,430.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 12896 JOSEPH CHARLES MALINSKI & ZENONA BARBARA MALINSKI
```

```
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                      2,430.00
                                         ---------------      ---------------
TOTALS                                          2,430.00             2,430.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 11/20/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE

                         PAGE   2
     CASE NO. 08 B 12896 JOSEPH CHARLES MALINSKI & ZENONA BARBARA MALINSKI